### GEER *v.* COLQUITT HARDWARE AND FURNITURE COMPANY.

GILBERT, J. This case, upon the constitutional questions involved, is controlled by the decision in the case of *Geer* v. *Bush,* 146 *Ga.* 701 (92 S. E. 47). See also *Burge* v. *Mangum,* 134 *Ga.* 307 (67 S. E. 857). The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

MAY 17, 1917.

Complaint. Before Judge Worrill. Miller superior court. July 17, 1916.

*W. I. Geer,* for plaintiff in error. *P. D. Rich,* contra.